CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AO 93    (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

OCT 2 1 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

_____Western_____    District of    _____Virginia_____

### In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

1602 Patterson Avenue, S.W., Apartment #2
Roanoke, Virginia 24016

Case Number:    7 : 0 8 m 4 7 7

TO:    __FBI Special Agent T. David Church__    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    __T. David Church__    who has reason to believe
Affiant

that    ☐   on the person of, or   x   on the premises known as (name, description and/or

**1602 Patterson Avenue, S.W., Apartment #2, Roanoke, Virginia 24016, more particularly described in Attachment A of the Affidavit, herein incorporated by reference**

in the    _____Western_____    District of    _____Virginia_____    there is now
concealed a certain person or property, namely (describe the person or property)

**See Attachment B of the Affidavit, herein incorporated by reference.**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    __OCTOBER 20 2008__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search    ☑   in the daytime — 6:00 AM to 10:00 P.M.    at anytime in the day or night as I find reasonable cause has been established    and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

__GLEN E. CONRAD__    as required by law.
U.S. Judge or Magistrate

__OCTOBER 10, 2008 @ 9 12 pm__   at    __ROANOKE, VIRGINIA__
Date and Time Issued    City and State

Glen E. Conrad, U.S. District Judge    _____
Name and Title of Judicial Officer    Signature of Judicial Officer

AO 93        (Rev. 8/98)   Search Warrant (Reverse)

| **RETURN** | | Case Number: | 7:08M477 |
|---|---|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/10/2008 | 10/11/2008 @ 7:22 AM | TAPED TO APARTMENT DOOR |

INVENTORY MADE IN THE PRESENCE OF

LAW ENFORCEMENT OFFICERS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED INVENTORY

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          OCTOBER 21, 2008
U.S. Judge or Magistrate                                    Date

**Attachment A**

The SUBJECT PREMISES known as 1602 Patterson Avenue, S.W., Apartment 2, Roanoke, Virginia 24016, is further described as a multi-unit residence comprised of four separate apartments. The residence has a covered porch on the side of the residence which faces Patterson Avenue. The apartments are not numbered for identification.

The search will be conducted at what is known as Apartment 2, which is accessed through a wooden framed door with glass insert. Apartment 2 is further described as a storage area and construction materials can be seen through the door of Apartment 2. The door of Apartment 2 is located in the center of the front porch of the residence. The premises to be searched includes all rooms and other areas of the apartment known as Apartment 2.

**Attachment B**

1.      Electronic files including computer source code, computer executable programs, email messages, instant messaging chat sessions, web pages, files reflecting internet activity, and any other electronic file that may contain all evidence of the crime of threatening Hale Juror A, or his/her personal identifying information, and any other data that shows an intent to intimidate or injure persons whose personal information has been posted in the same manor as Hale Juror A, in any form wherever it may be stored or found including, but not limited to:

      a.      Any computer or computer equipment including processing unit and hard drives, to include all related instruction manuals.

      b.      Any electronic or magnetic data storage devices including, but not limited to, hard drives, diskettes, backup tapes, CD-ROMS, DVDs, USB drives, and Flash memory devices.

2.      Computer peripheral devices attached or unattached to the computer including computer monitors, printers, keyboards, modems, routers, or other physical devices which serve to transmit information to or receive information from a computer.

3.      Documents, photographs, or other information regarding Hale Juror A, or his/her personal identifying information, and to include any other documents, photographs, or other information that shows an intent to intimidate or injure persons whose personal information has been posted in the same manor as Hale Juror A.

4.      Any decryption key or password, in electronic or any other form, that could be used to conceal evidence relevant to the above criminal violations.

5.      This search warrant authorizes the seizure and removal from the subject premises and the analysis of all items and information specified in items (1) through (4) above.

-19-

FD-597 (Rev 8-11-94)

Page _____ of ____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 44A-RH-53908

On (date) 10/11/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) UNOCCUPIED

(Street Address) 1602 PATTERSON AVE SW, APT# 2, ROANOKE, VA

(City) ROANOKE, VA

Description of Item(s): ① ONE HOMEMADE SERVER LABELED LS/1009 WITH NO COVER AND CONTAINED WITHIN TWO SEAGATE HARD DRIVES AND ONE COMPACT DISC DRIVE.
② ONE MEMOREX COMPACT DISC-RW LABELED "WINDOWS 2000 ADVANCED SERVER".
③ ONE CISCO 841 ROUTER - SERIAL# FTX1145 W2QM
④ U.S. ROBOTICS MODEM (ONE) - SERIAL# T1184414; MODEL# 3453C
⑤ ASSOCIATED POWER & COMPUTER CABLES.
⑥ CISCO ROUTER AND US ROBOTICS MODEM DOCUMENTATION.
⑦ ONE "CISCO ROUTER AND SECURITY DEVICE MANAGER" DISC
⑧ ONE U.S. ROBOTICS "INSTALLATION CD-ROM" CD-ROM

Received By: _____
(Signature)

Received From: UNOCCUPIED
(Signature)