IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 7:08-CR-54 |
| | ) |
| WILLIAM A. WHITE | ) |

ACCUSED'S MOTION *IN LIMINE* TO PREVENT
INTRODUCTION OF RULE 404(b) EVIDENCE

COMES NOW THE ACCUSED, WILLIAM A. WHITE, by counsel, to respectfully move this Court to determine that the matters identified in the December 4, 2009 letter attached hereto from counsel for the Government are not admissible under Rule 404(b) of the Federal Rules of Evidence. The Accused submits that the evidence proposed by the Government is not probative of any fact relevant to the charges pending in this Court, and to the extent that there may arguably be some relevance, the probative value is far outweighed by the prejudicial effect the admission of this evidence would have upon the jury.

        Respectfully submitted,
        WILLIAM A. WHITE
s/   *David J. Damico*
        David J. Damico, Esquire
        Virginia State Bar ID No. 16229
        Counsel for the Defendant
        P.O. Box 1578
        Roanoke, VA 24007-1578
        DJD@damicolawfirm.com
        O 540 343 0888
        F  540 345 0275

        *s/ Raphael E. Ferris*
Raphael E. Ferris, VSB # 21973
Ferris, Eakin & Thomas, P.C.
P.O. Box 1791
Roanoke, Virginia 24008-1791
rferris@rvalaw.com
O: 540-344-3233
F: 540-344-6608

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2009, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record in this matter.

    s/    *Raphael E. Ferris*
        Raphael E. Ferris, VSB # 21973
        Ferris, Eakin & Thomas, P.C.
        P.O. Box 1791
        Roanoke, Virginia 24008-1791
        rferris@rvalaw.com
        O: 540-344-3233
        F: 540-344-6608