# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. **7:08CR54**   At **ROANOKE**   Date **12/10/09**

PRESENT: HON **James C. Turk**, JUDGE   **C. Patrick Hogeboom, III / John Richmond, Cindy Chung**

**S. Sakalas** — Deputy Clerk
**Judy Webb** — Court Reporter
Asst. U.S. Attorney

U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS
(1) William A. White — ✓ present  ✓ custody  ___ bond  ___ O/R | (1) David Damico, Raphael Ferris — ✓ present  ___ apptd.  ✓ retained
(2) ___ | (2) ___
(3) ___ | (3) ___
(4) ___ | (4) ___

___ Case called and continued to _____ for trial.
___ JURY TRIAL. The Jury impaneled and sworn (see attached list)   ___ COURT TRIAL
✓ Introduction of evidence for Government begun  ✓ concluded;
___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ under advisement
___ Introduction of evidence for defendant begun,   ___ concluded;
___ Motion for judgment of acquittal renewed   ___ granted   ___ denied   ___ under advisement
___ Rebuttal evidence;   ___ Surrebuttal evidence;   ___ Evidence concluded
✓ Case continued to **Dec. 11, 2009 at 9:00** for further trial
___ Closing Arguments   ___ Jury charged by court
___ Jury retires to deliberate at _____   jury returns at _____
___ **JURY VERDICT.** (See signed verdict as to each defendant.   ___ FINDING BY COURT.

(1) Defendant _____   (2) Defendant _____
(3) Defendant _____   (4) Defendant _____

___ Jury polled.   ___ Polling waived.   ___ Mistrial declared.   ___ Jury discharged.
___ Motion after verdict.

**JUDGMENT:**   ___ Defendant guilty   ___ Defendant not guilty
___ Court received Presentence Report.
___ Copy of Presentence Report not requested.
___ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.
___ Defendant to remain on bond.
___ Defendant remanded to custody.
___ Court orders presentence report.
___ Case continued until _____ 20___ at _____ for sentencing.
___ SENTENCE IMPOSED

**ss**   Initials of Deputy Clerk

(9:05 - 9:14)

In Chambers Conference re: Juror requesting audience with the Court. Counsel for parties present. Juror relates that he is prejudiced and has determined he cannot be impartial. Court excuses the juror.

(Begin 9:17)

Juror roll called - all jurors present.   USA's motion to separate the witnesses granted.
USA (Chung) opening statement.   Defendant (Ferris) opening statement.
USA introduces evidence.

(Recess 10:50 - Reconvene 11:30)

USA continues introduction of evidence.

(Recess 12:40 - Reconvene 1:43)

(Out of the presence of the jury)
USA to Court re:  video conference for tomorrow.
Defendant recites overruled sidebar objection to USA exhibit #22 for the record.  USA responds for the record.
(In the presence of the jury)
USA continues introduction of evidence.

Court releases jurors to report tomorrow at 9:00.

(End 4:22)

Total time in court:   5 hours, 22 minutes
Clerk:  S. Sakalas