# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## AT Roanoke

UNITED STATES OF AMERICA

- VS -

WILLIAM A. WHITE

Action No.: 7:08CR54

Date: 12/10/09

Judge: James C. Turk

Court Reporter: Judy Webb

Attorney
John Richmond, Cindy Chung, C. Patrick Hogeboom, III

Attorney
David Damico, Raphael Ferris

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. Rachael Dixon
2. Ric Bentz
3. Robert Ballou
4. Terri Ryning
5. Jennifer Petsche
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 

DEFENDANT:

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16.