# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. __7:08CR54__          At __ROANOKE__          Date __12/11/09__

PRESENT: HON __James C. Turk_____, JUDGE   C. Patrick Hogeboom, III

__S. Sakalas__          __Judy Webb__          __John Richmond, Cindy Chung__
Deputy Clerk          Court Reporter          Asst. U.S. Attorney

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) William A. White | (1) David Damico, Raphael Ferris |
| ✓ present   ✓ custody   ___ bond   ___ O/R | ✓ present   ___ apptd.   ✓ retained |
| (2) _____ | (2) _____ |
| ___ present   ___ custody   ___ bond   ___ O/R | ___ present   ___ apptd.   ___ retained |
| (3) _____ | (3) _____ |
| ___ present   ___ custody   ___ bond   ___ O/R | ___ present   ___ apptd.   ___ retained |
| (4) _____ | (4) _____ |
| ___ present   ___ custody   ___ bond   ___ O/R | ___ present   ___ apptd.   ___ retained |

_____ Case called and continued to _____ for trial.

_____ JURY TRIAL. The Jury impaneled and sworn (see attached list)   _____ COURT TRIAL

✓ Introduction of evidence for Government begun   _____ concluded;   XX Continued

_____ Motion for judgment of acquittal   _____ granted   _____ denied   _____ under advisement

_____ Introduction of evidence for defendant begun,   _____ concluded;

_____ Motion for judgment of acquittal renewed   _____ granted   _____ denied   _____ under advisement

_____ Rebuttal evidence;   _____ Surrebuttal evidence;   _____ Evidence concluded

✓ Case continued to __Dec. 14, 2009 at 9:00_____ for further trial

_____ Closing Arguments   _____ Jury charged by court

_____ Jury retires to deliberate at _____   jury returns at _____

_____ **JURY VERDICT.** (See signed verdict as to each defendant.   _____ FINDING BY COURT.

(1) Defendant _____   (2) Defendant _____
(3) Defendant _____   (4) Defendant _____

_____ Jury polled.   _____ Polling waived.   _____ Mistrial declared.   _____ Jury discharged.

_____ Motion after verdict.

**JUDGMENT:**   _____ Defendant guilty   _____ Defendant not guilty

_____ Court received Presentence Report.

_____ Copy of Presentence Report not requested.

_____ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.

_____ Defendant to remain on bond.

_____ Defendant remanded to custody.

_____ Court orders presentence report.

_____ Case continued until _____ 20___ at _____ for sentencing.

_____ SENTENCE IMPOSED

__ss__   Initials of Deputy Clerk

(Begin 9:06)

Juror roll called - all jurors present.
USA continues introduction of evidence.

(Recess 11:57 - Reconvene 1:05)

(In the presence of the jury)
USA continues introduction of evidence.

(Recess 2:54 - Reconvene 3:09)

USA evidence continues.

Court releases jurors to report tomorrow at 9:00.

(End 4:18)

(On the record: 4:28)
Out of the presence of the jury - Parties stipulate to admit USA's exhibits 58A, 68, 72, 74, 75, 76, and 77.
(End 4:31)

Total time in court:   5 hours, 50 minutes
Clerk:  S. Sakalas