# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

AT Roanoke

| UNITED STATES OF AMERICA | Action No.: 7:08CR54 |
|---|---|
| | Date: 12/11/09 |
| - VS - | |
| WILLIAM A. WHITE | Judge: James C. Turk |
| | Court Reporter: Judy Webb |

Attorney
John Richmond, Cindy Chung, C. Patrick Hogeboom, III

Attorney
David Damico, Raphael Ferris

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. David Wilson
2. Alex Linder
3. Leonard Pitts
4. Michael Dunston
5. Onjel Pitts
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.

DEFENDANT:

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.