✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | VIRGINIA |

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| WILLIAM A. WHITE | Case Number: 7:08CR54 |

| PRESIDING JUDGE<br>James C. Turk | PLAINTIFF'S ATTORNEY<br>J. Richmond, C. Chung, | DEFENDANT'S ATTORNEY<br>David Damico, Raphael Ferris |
|---|---|---|
| TRIAL DATE (S)<br>12/10/09 | COURT REPORTER<br>Judy Webb | COURTROOM DEPUTY<br>S. Sakalas |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 14 | | 12/10/0209 | yes | yes | Email 3/22/07 to J. Petsche                                              R. Dixon |
| 15 | | 12/10/2009 | yes | yes | Email 3/23/07 Dixon to Daub                                              R. Dixon |
| 22 | | 12/10/2009 | yes | yes | Wikipedia entry for Joan Lefkow                                          R. Bentz |
| 23 | | 12/10/2009 | ID | ONLY | Wikipedia entry for Bill White                                           R. Bentz |
| 18 | | 12/10/2009 | yes | yes | Call list to Kansas City site                                            R. Bentz |
| | 13 | 12/10/2009 | yes | yes | 3/22/2007 Email thread |
| 2 | | 12/10/2009 | yes | yes | Settlement/Release Agreement                                             R. Ballou |
| 3 | | 12/10/2009 | yes | yes | Final Order of Dismissal                                                 R. Ballou |
| 10 | | 12/10/2009 | yes | yes | Universal Data Form                                                      R. Ballou |
| 16 | | 12/10/2009 | yes | yes | 3/23/2007 R. Ballou letter to Richard Lawrence                           R. Ballou |
| | 1 | 12/10/2009 | yes | yes | 10/6/2006 Richard Lawrence letter to R. Ballou                           R. Ballou |
| | 2 | 12/10/2009 | yes | yes | 3/9/2007 Richard Lawrence letter to R. Ballou                            R. Ballou |
| 12 | | 12/10/2009 | yes | yes | 3/22/2007 J. Petsche email to T. Ryning                                  T. Ryning |
| 11 | | 12/10/2009 | yes | yes | CD of Voice Message                                                      J. Petsche |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages