# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

AT Roanoke

UNITED STATES OF AMERICA

– VS –

WILLIAM A. WHITE

Action No.: 7:08CR54

Date: 12/15/2009

Judge: James C. Turk

Court Reporter: Judy Webb

**Attorney**
John Richmond, Cindy Chung, C. Patrick Hogeboom, III

**Attorney**
David Damico, Raphael Ferris

## LIST OF WITNESSES

### PLAINTIFF/GOVERNMENT:

1. Richard Warman
2. Lise Warman
3. Charles Tyson
4. Chief Warren Mabey
5. Carolyn Tyson
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 

### DEFENDANT:

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16.