# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. __7:08CR54_____   At __Roanoke_____   Date __12/16/09_____

PRESENT: HON __James C. Turk_____, JUDGE   C. Patrick Hogeboom, III

__S. Sakalas_____     __Judy Webb_____     __John Richmond, Cindy Chung__
Deputy Clerk                  Court Reporter                     Asst. U.S. Attorney

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) WILLIAM A. WHITE | (1) David Damico, Raphael Ferris |
| ✓ present   ✓ custody   ___ bond   ___ O/R | ✓ present   ___ apptd.   ✓ retained |
| (2) _____ | (2) _____ |
| ___ present   ___ custody   ___ bond   ___ O/R | ___ present   ___ apptd.   ___ retained |
| (3) _____ | (3) _____ |
| ___ present   ___ custody   ___ bond   ___ O/R | ___ present   ___ apptd.   ___ retained |
| (4) _____ | (4) _____ |
| ___ present   ___ custody   ___ bond   ___ O/R | ___ present   ___ apptd.   ___ retained |

_____ Case called and continued to _____ for trial.

_____ JURY TRIAL. The Jury impaneled and sworn (see attached list)   _____ COURT TRIAL

__✓__ Introduction of evidence for Government begun   concluded; ✓

_____ Motion for judgment of acquittal   _____ granted   _____ denied   _____ under advisement

_____ Introduction of evidence for defendant begun,   concluded;

_____ Motion for judgment of acquittal renewed   _____ granted   _____ denied   _____ under advisement

_____ Rebuttal evidence;   _____ Surrebuttal evidence;   _____ Evidence concluded

_____ Case continued to _____ for further trial

_____ Closing Arguments   _____ Jury charged by court

_____ Jury retires to deliberate at _____   jury returns at _____

_____ **JURY VERDICT.** (See signed verdict as to each defendant.   _____ FINDING BY COURT.

(1) Defendant _____   (2) Defendant _____

(3) Defendant _____   (4) Defendant _____

_____ Jury polled.   _____ Polling waived.   _____ Mistrial declared.   _____ Jury discharged.

_____ Motion after verdict.

**JUDGMENT:**   _____ Defendant guilty   _____ Defendant not guilty

_____ Court received Presentence Report.

_____ Copy of Presentence Report not requested.

_____ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.

_____ Defendant to remain on bond.

_____ Defendant remanded to custody.

_____ Court orders presentence report.

_____ Case continued until _____ 20___ at _____ for sentencing.

_____ SENTENCE IMPOSED

__ss/ld____ Initials of Deputy Clerk

USPO Michael Price present

(Begin 9:05)

Roll of jurors called.  All jurors present.
USA continues presentation of evidence.

(Recess 10:36 - Reconvene 11:20)

In the presence of the jury:  USA continues presentation of evidence.
Out of presence of the jury:  Defendant's motion for mistrial.  Court overrules.

(Recess 12:20 - Reconvene 1:25)

USA continues presentation of evidence.

(Recess 3:23 - Reconvene 4:05)

USA continues presentation of the evidence.
USA rests.

(End 4:11)

Total time in court:  4 hours, 35 minutes
Clerks:  S. Sakalas, L. Dozier