# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CRIMINAL MINUTES - TRIAL

Case No. **7:08CR54**   At **Roanoke**   Date **12/18/09**

PRESENT: HON **James C. Turk**, JUDGE   **C. Patrick Hogeboom, III**

**S. Sakalas**   **Judy Webb**   **John Richmond, Cindy Chung**
Deputy Clerk   Court Reporter   Asst. U.S. Attorney

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) WILLIAM A. WHITE | (1) David Damico, Raphael Ferris |

(1) ✓ present   ✓ custody   ___ bond   ___ O/R     ✓ present   ___ apptd.   ✓ retained
(2) ___ present   ___ custody   ___ bond   ___ O/R   ___ present   ___ apptd.   ___ retained
(3) ___ present   ___ custody   ___ bond   ___ O/R   ___ present   ___ apptd.   ___ retained
(4) ___ present   ___ custody   ___ bond   ___ O/R   ___ present   ___ apptd.   ___ retained

___ Case called and continued to _____ for trial.
___ JURY TRIAL. The Jury impaneled and sworn (see attached list)   ___ COURT TRIAL
___ Introduction of evidence for Government begun       concluded;
___ Motion for judgment of acquittal   ___ granted   ___ denied   ___ under advisement
___ Introduction of evidence for defendant begun,       concluded;
___ Motion for judgment of acquittal renewed   ___ granted   ___ denied   ___ under advisement
___ Rebuttal evidence;   ___ Surrebuttal evidence;   ___ Evidence concluded
___ Case continued to _____ for further trial
✓ Closing Arguments   ✓ Jury charged by court
✓ Jury retires to deliberate at **1:00 pm**   jury returns at **4:31 pm**
✓ **JURY VERDICT.** (See signed verdict as to each defendant.)   ___ FINDING BY COURT.

(1) Defendant **Guilty cnts 1, 3, 5, 6.  Not guilty cnts 2, 4, 7**   (2) Defendant _____
(3) Defendant _____   (4) Defendant _____

✓ Jury polled.   ___ Polling waived.   ___ Mistrial declared.   ___ Jury discharged.
___ Motion after verdict.

**JUDGMENT:**   ___ Defendant guilty   ___ Defendant not guilty

___ Court received Presentence Report.
___ Copy of Presentence Report not requested.
___ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.
___ Defendant to remain on bond.
✓ Defendant remanded to custody.
___ Court orders presentence report.
✓ Case continued until **to be set**   20___ at _____ for sentencing.
___ SENTENCE IMPOSED

___ss___ Initials of Deputy Clerk

USPO Michael Price present

(Begin 9:34)

Roll of jurors called - all present.
USA's closing argument.

(Recess 10:55 - Reconvene 11:08)

Defendant's closing argument.
USA's final argument.
The Court charges the jury.
Out of the presence of the jury:  Defendant objects to Court not giving some instructions discussed previously.  USA replies and states objections to instructions.  Court will instruct jurors further.
In the presence of the jury:  Court instructs the jury further.
Out of the presence of the jury:  Parties agree to alternate juror to be released.
In the presence of the jury:  Alternate announced and released.  Jurors retire to deliberate at 1:00.
Out of the presence of the jury: USA renews objections to the instructions given.

(Recess 1:09 - Reconvene 2:12)

All parties present.
Jurors ask Court question.  Court responds.

(Recess 2:17 - Reconvene 4:22)

Court advises jurors that they can stay at the Hotel Roanoke if they are unable to get home due to snow.

(Recess 4:26 - Reconvene 4:31)
In the presence of the jurors - Jury Verdict read.   Jury polled at request of defendant.   Jurors excused.

Out of the presence of the jurors - Parties have 10 days to file any and all post-trial motions.

(End 4:39)

Total time in court:  3 hours, 39 minutes
Clerk:  S. Sakalas