7:08-CR-00054

## U.S. v. William A. White

Exhibit #3

For <u>MOTION FOR NEW TRIAL</u>

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 1 2 2010

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that this Exhibit #3 was served by First Class Mail on this following the 12th day of April 2010:

John Cotton Richmond
U.S. Department of Justice
Criminal Division
950 Pennsylvania Ave, NW
Washington, DC 20530

*William A. White*
William A. White