CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 5 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No.: 7:08-cr-54 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | Hon. James C. Turk |
| WILLIAM A. WHITE, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Mr. White's Rule 41(g) Motion for Return of Property (ECF No. 318) and the related Motion to Appoint Counsel. ECF No. 319. Since this Court finds that it lacks jurisdiction to entertain the motions, it is hereby

**ADJUDGED AND ORDERED**

that the motions are terminated from the docket of this case and **TRANSFERRED** to the Southern District of Florida, Miami Division for further resolution.

The Clerk of Court is directed to send copies of this Memorandum Opinion and order to Mr. White and to all counsel of record.

ENTER: This 5th day of November, 2012.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge