CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 11 2013
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| WILLIAM A. WHITE, | Criminal Action No. 7:08CR00054 |
| Petitioner | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | By: Hon. James C. Turk |
| | Senior United States District Judge |
| Respondent | |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2255, ECF No. 332, is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court. It is further **ORDERED** that a certificate of appealability is **DENIED.** Finally, White's motion for appointment of counsel, ECF No. 333, is **DENIED**.

White is advised that he may appeal this decision pursuant to Federal Rules of Appellate Procedure 3 and 4 by filing a notice of appeal with this court within sixty (60) days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Federal Rule of Appellate Procedure 4(a)(5).

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Petitioner.

**ENTER:** This 11th day of April, 2013.

Hon. James C. Turk
Senior United States District Judge